# NO. 12-16-00223-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: G-M WATER SUPPLY* | § | |
| *CORPORATION,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

G-M Water Supply Corporation filed an original mandamus proceeding complaining of the trial court's April 5, 2016 order requiring G-M to deposit $87,663.11 into the court's registry. On November 22, 2016, this Court conditionally granted G-M's petition and directed Respondent to vacate his order of April 5, 2016, issue an order directing the district clerk to release the funds to G-M, and set the case for trial. By an order signed on November 29, 2016, Respondent has complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we ***dismiss*** G-M's petition for writ of mandamus as ***moot***.

Opinion delivered December 9, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

DECEMBER 9, 2016

NO. 12-16-00223-CV

**G-M WATER SUPPLY CORPORATION,**
Relator
V.

**HON. CRAIG M. MIXON,**
Respondent

___

### ORIGINAL PROCEEDING

___

ON THIS DAY came to be heard the petition for writ of mandamus filed by G-M Water Supply Corporation; who is the relator in Cause No. CV13,200, pending on the docket of the 1st Judicial District Court of Sabine County, Texas. Said petition for writ of mandamus having been filed herein on August 1, 2016, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*